UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE SUARES,<br><br>  Petitioner,<br><br>  v.<br><br>RAYBON JOHNSON, Warden,<br><br>  Respondent. | Case No. CV 22-1045 MWF (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. After having made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

As correctly analyzed by the Magistrate Judge, Petitioner's two claims are based either on (implicitly) the failure of the California appellate courts to recall the remittitur or (explicitly) ineffective assistance of appellate counsel. And as further correctly analyzed by the Magistrate Judge, these claims are unavailing for these reasons: (1) the recall of the remittitur is a California procedure not giving rise to a habeas corpus violation; (2) none of the asserted instances of ineffective assistance of appellate counsel is meritorious under both prongs of the *Strickland* standard; or (3) to the extent an asserted violation

might have any merit, it was already adjudicated in the prior habeas petition, in which this Court granted Petitioner some relief. Petitioner's specific objections that the Magistrate Judge ignored certain arguments is simply incorrect. (Report & Recommendation at 12-20).

Therefore, IT IS ORDERED that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner and on counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 4, 2023

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE