JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE SUARES,<br><br>    Petitioner,<br><br>    v.<br><br>RAYBON JOHNSON, Warden,<br><br>    Respondent. | Case No. CV 22-1045 MWF (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: January 4, 2023

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE